Daniel M. Cislo, Esq., No. 125,378
dancislo@cislo.com
Kristin B. Kosinski, Esq., No. 237,555
kkosinski@cislo.com
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Plaintiff,
ALACER CORP.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALACER CORP., a California Corporation<br><br>                    Plaintiff,<br><br>        vs.<br><br>FEELGOOD7 LLC., an Ohio Limited Liability Company,<br><br>                    Defendant. | CASE NO.<br>SACV11-00482 CJC (PLAx)<br><br>**COMPLAINT FOR:**<br>(1) **INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARKS;**<br>(2) **FALSE DESIGNATION OF ORIGIN;**<br>(3) **COMMON LAW TRADEMARK INFRINGEMENT; AND**<br>(4) **UNFAIR COMPETITION UNDER STATE LAW**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff ALACER CORPORATION asserts the following claims against Defendant FEELGOOD7 LLC.

## PARTIES

1.    Plaintiff Alacer Corp. ("Plaintiff" or "Alacer") is a California corporation having its principal place of business at 80 Icon, Foothill Ranch, California 92610.

2.     Defendant FeelGood7, LLC. ("Defendant" or "FeelGood7") is an Ohio limited liability company having its principal place of business at 142 Wetherby Lane, Westerville, OH 43081.

### JURISDICTION AND VENUE

1.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) as it arises under Acts of Congress related to trademarks.  Additionally, the Court has subject matter jurisdiction over Alacer's federal trademark infringement claim pursuant to 15 U.S.C. § 1121.  The Court has subject matter jurisdiction over Alacer's common law trademark infringement claim and its state law unfair competition claim pursuant to 28 U.S.C. § 1367, as the facts giving rise to Alacer's claims arise from the same common nucleus of operative facts.

2.     This Court has personal jurisdiction over FeelGood7 pursuant to the California Long Arm Statute, CA Civ. Proc. Code §410.10.  Upon information and belief, Defendant transacts business in Ohio and solicits business in this judicial district, including through its interactive website, www.feelgood7.com, which advertises, displays, and offers for sale its liquid energy supplements; and by way of its distributors including convenience stores, grocery stores, and restaurants in Ohio and the surrounding states.

3.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) as FeelGood7 has committed acts of infringement in this judicial district.

CISLO & THOMAS LLP
Attorneys at Law
1333 2ⁿᵈ STREET, SUITE 500
SUITE 900
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

# FACTUAL ALLEGATIONS

3.     Plaintiff Alacer is a California corporation located in Orange County, California and provides nutritionally enhanced products that support an energetic, healthy lifestyle.  It distributes beverages, namely vitamin enriched water and vitamins, mineral supplements, and food supplements in connection with its FEEL THE GOOD marks.

4.     Alacer owns the federally registered marks FEEL THE GOOD, Reg. Nos. 3,521,887 for use in connection with beverages, namely vitamin enriched water; and 3,483,518 for vitamins, mineral supplements, and food supplements. (see Exhibit 1 attached hereto, U.S. Trademark Office data).  Alacer also has three pending applications for federal registrations of the marks FEEL THE GOOD, Ser. No. 77/856,405 for brewed coffee, cappuccino, tea latte, and cocoa beverage products dispensed at various retail stores, Ser. No. 77/980,773 for fountain beverages, namely, soft drinks to be dispensed at retail venues, and Ser. No. 85/086,927 for vitamins, mineral supplements, and food supplements.

5.     Alacer has been using or has used its FEEL THE GOOD trademark in commerce for beverages, namely vitamin enriched water, vitamins, mineral supplements, and food supplements since at least 2006.

6.     Alacer has developed substantial goodwill and recognition among its customers and the public at large in its FEEL THE GOOD trademarks and products.

7.     Over the years Alacer has expended substantial sums of money and effort, and extensively advertised and successfully promoted its products and marks

3

via various media channels, including extensively on the Internet, on its own webpage, in social network outlets, and through its distributors.  Alacer has established a valuable business and substantial good will in its products that focus on health and well-being and promote a well rounded, active, and healthy lifestyle and currently offers over twenty (20) varieties of vitamin drink mixes.

8.     Its products sold in connection with the FEEL THE GOOD mark are offered for sale or have been sold in brick and mortar stores, on the Internet, gas stations, health/natural food stores, vitamin supplement stores, medical facilities, health and fitness centers, and grocery stores.

9.     Alacer has sold relatively large dollar volumes of its proprietary products worldwide through its distributors and its products have met with wide and popular approval.  As a result, Alacer's trademarks are well known throughout the United States, and Alacer has developed substantial goodwill and recognition among its customers and the public at large in its FEEL THE GOOD trademarks.

10.     FeelGood7 sells liquid energy and nutritional supplements labeled, advertised, and promoted as "FeelGood[7]" (see Exhibit 2, Excerpt from www.feelgood7.com).

11.     "FeelGood[7]" liquid energy and nutritional supplements by FeelGood7 are sold in convenience stores, grocery stores, gas stations, and restaurants, as well as through FeelGood7's own website, the same outlets that Alacer sells or has sold its vitamin enriched water, and vitamins, mineral supplements, and food supplements using the FEEL THE GOOD mark.

4

12.    FeelGood7 has used in commerce the term FEEL GOOD, or formatives thereof, including "FeelGood[7]" on liquid energy supplements, thereby using Alacer's registered and pending marks.

## CLAIM I – INFRINGEMENT OF FEDERALLY
## REGISTERED TRADEMARKS
## (15 U.S.C. § 1114(1))

13.    Plaintiff repeats and incorporates the allegations set forth in paragraphs 1 through 12 above.

14.    Alacer owns U.S. Trademark Registration Nos. 3,521,887 for FEEL THE GOOD for use in connection with beverages, namely vitamin enriched water; and 3,483,518 for vitamins, mineral supplements, and food supplements. See attached Exhibit 1.

15.    FeelGood7 has used in commerce the Alacer FEEL THE GOOD mark, or formatives thereof, in connection with the advertising of, sale of, or offer to sell energy and nutritional supplements. FeelGood7's use, in relation to Alacer's use of its own marks, will likely cause confusion or mistake, or will likely deceive the public as to FeelGood7's products being associated or identified with or being the same as those of Alacer.

16.    Alacer did not consent to or authorize FeelGood7's adoption or commercial use of the term FEEL THE GOOD, or formatives thereof, for FeelGood7's liquid energy supplements.

17.    FeelGood7 therefore has infringed Alacer's trademarks in violation of its federal trademark rights under the Lanham Act, 15 U.S.C. §§ 1051 et seq., particularly 15 U.S.C. § 1114(1).

18.    Alacer's marks are strong in light of the substantial marketing and promotion of the Alacer products used in connection with the FEEL THE GOOD mark for over the past four years and the substantial sales volume of the products sold in connection with its FEEL THE GOOD mark.  FeelGood7's use of the confusingly similar "FeelGood[7]" mark in connection with FeelGood7's liquid energy supplement creates a likelihood of confusion.

19.    Upon information and belief, Alacer avers that, at all times relevant to this action, including when FeelGood7 first adopted "FeelGood[7]" mark, FeelGood7 knew of Alacer's prior adoption and widespread commercial use of FEEL THE GOOD mark in connection with all of the goods specified in Alacer's federally registered trademarks listed above.  FeelGood7's infringement of the Alacer marks is therefore willful, knowing, and deliberate.

20.    Alacer has no control over the composition or quality of the goods sold under the confusingly similar Alacer marks by FeelGood7.  As a result, to the extent FeelGood7's products are inferior to Alacer's, Alacer's valuable goodwill, developed at great expense and effort by Alacer, is being harmed by FeelGood7's unauthorized use of the confusingly similar mark, and is at risk of further damage.

21.    The goodwill of Alacer's business under the FEEL THE GOOD mark is of enormous value, and Alacer will suffer irreparable harm should FeelGood7's infringement be allowed to continue to the detriment of Alacer's reputation and goodwill.

22.   FeelGood7's infringement will continue unless enjoined.  Alacer seeks both an injunction against further infringement and an award of FeelGood7's profits from such infringement.

## CLAIM II – FALSE DESIGNATION OF ORIGIN
## (15 U.S.C. § 1125(a))

23.   Plaintiff repeats and incorporates the allegations set forth in paragraphs 1 through 22 above.

24.   Alacer is using or has used its FEEL THE GOOD trademark throughout the United States in connection with beverages, namely vitamin enriched water, vitamins, mineral supplements, and food supplements.

25.   Alacer's trademark is distinctive and distinguishes its beverages, namely vitamin enriched water, vitamins, mineral supplements, and food supplements from those of its competitors.

26.   Alacer's FEEL THE GOOD trademark is strong in light of the substantial marketing and promotion of the Alacer beverages, namely vitamin enriched water, vitamins, mineral supplements, and food supplements over the past four years, the sales volume of its products, the critical acclaim of its products, and their widespread public recognition.

27.   FeelGood7's use of the confusingly similar FeelGood[7] mark in connection with its enhanced water creates a likelihood of confusion with Alacer's use or past use of its FEEL THE GOOD trademark.

28.   Alacer has no control over the composition or quality of the goods sold under the confusingly similar FeelGood[7] mark by FeelGood7.  As a result, to the

extent FeelGood7's products are inferior to Alacer's, Alacer is being harmed by FeelGood7's unauthorized use of the confusingly similar mark, and is at risk of further damage.

29.    The goodwill of Alacer's business under the FEEL THE GOOD mark is of enormous value, and Alacer will suffer irreparable harm should FeelGood7's infringement be allowed to continue to the detriment of Alacer's reputation and goodwill.

30.    Upon information and belief, Alacer avers that, at all times relevant to this action, including when FeelGood7 first adopted the THE FEEL GOOD mark, FeelGood7 knew of Alacer's prior adoption and widespread commercial use of the FEEL THE GOOD mark in connection with beverages, namely vitamin enriched water, vitamins, mineral supplements, and food supplements.    FeelGood7's infringement is therefore willful, knowing, and deliberate.

31.    FeelGood7's infringement will continue unless enjoined.

## CLAIM III—COMMON LAW TRADEMARK INFRINGEMENT

32.    Plaintiff repeats and incorporates the allegations set forth in paragraphs 1 through 31 above.

33.    Alacer owns and uses its FEEL THE GOOD mark, or formatives thereof, and enjoys common law rights in the trademark in California and throughout the United States in connection with beverages, namely vitamin enriched water; and vitamins, mineral supplements, and food supplements.    Such rights are senior and superior to any rights which FeelGood7 may claim in and to its infringing mark.

34.    FeelGood7's use of the confusingly similar THE FEEL GOOD mark, or formatives thereof, in connection with enhanced water in commerce is intentionally designed to mimic Alacer's trademark for similar products so as to likely cause confusion regarding the source of FeelGood7's products, in that purchasers will be likely to associate such products with, as originating with, or as approved by Alacer, all to the detriment of Alacer.

35.    FeelGood7's infringement will continue unless enjoined.

## CLAIM IV – UNFAIR COMPETITION UNDER STATE LAW
## (CALIFORNIA BUSINESS & PROFESSIONS CODE §§ 17200, 17203)

36.    Plaintiff repeats and incorporates the allegations set forth in paragraphs 1 through 35 above.

37.    Alacer's FEEL THE GOOD mark is wholly associated with Alacer due to its extensive use, and as such, Alacer is deserving of having its mark adequately protected with respect to the conduct of its business.

38.    FeelGood7's use of a mark that is confusingly similar to Alacer's FEEL THE GOOD mark constitutes unfair competition in that customers and would-be customers are likely to be confused concerning the origin of products using similar marks in the marketplace and false designations concerning the origin of the mark.

39.    FeelGood7's acts constitute unfair competition in violation of the California Business and Professions Code §§ 17200 and 17203.

9

40.   Alacer avers that the acts of unfair competition undertaken by FeelGood7 were intentionally and knowingly undertaken and were directed toward perpetuating a business competing unfairly with Alacer and were done with a willful disregard for the rights of Alacer.

41.   By reason of FeelGood7's acts of unfair competition, Alacer has suffered and will continue to suffer irreparable injury unless and until this Court enters an order enjoining FeelGood7 from any further acts of unfair competition. FeelGood7's continuing acts of unfair competition, unless enjoined, will cause irreparable damage to Alacer in that it will have no adequate remedy at law to compel FeelGood7 to cease such acts.  Alacer will be compelled to prosecute a multiplicity of actions, one action each time FeelGood7 commits such acts, and in each such action it will be extremely difficult to ascertain the amount of compensation which will afford Alacer adequate relief.  Alacer is therefore entitled to an injunction against further infringing conduct by FeelGood7.

42.   In doing the acts alleged, FeelGood7 acted willfully, fraudulently, oppressively, and maliciously, and, as such, Alacer is entitled to restitution.

## **PRAYER FOR RELIEF**

WHEREFORE, Alacer requests judgment against FeelGood7, as follows:

A.   For an order permanently enjoining FeelGood7, and its officers, directors, agents, servants, attorneys, and employees and all other persons acting in concert with them, from committing any further acts of trademark infringement, including using the FEEL THE GOOD mark, THE FEEL GOOD mark, or formatives thereof, with any type of liquid energy and nutritional supplement;

B.    For an order directing FeelGood7 to file with this Court and to serve on Alacer within thirty (30) days after service on FeelGood7 of the injunction granted herein, or such extended period as the Court may direct, a report in writing, under oath, setting forth in detail the manner and form in which FeelGood7 has complied with the injunction and order of the Court;

C.    For an award of FeelGood7's profits to Alacer;

D.    For a judgment that FeelGood7 has willfully and deliberately infringed Alacer's rights and that this is an exceptional case entitling Alacer to an award of treble FeelGood7's profits and Alacer's attorney fees under the Trademark Laws of the United States;

E.    For an award of costs, including attorneys' fees, incurred in bringing this action;

F.    For an award of restitution to Alacer for FeelGood7's unlawful gains based on its unfair competition;

G.    For a judgment awarding to Alacer prejudgment and post-judgment interest until the award is fully paid;

H.    For such other and further relief as this Court may deem just and equitable under the circumstances; and

I.    Alacer does not seek damages at this time with respect to FeelGood7's trademark infringing activities as any damages are unknown at the present.

Respectfully submitted,

CISLO & THOMAS LLP

Dated:  March 28, 2011        By: _____

Daniel M. Cislo, Esq.
Kristin B. Kosinski, Esq.

Attorneys for ALACER CORP.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 900
1333 2ND STREET, SUITE 500
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues raised by the Complaint that are so triable.

Respectfully submitted,

CISLO & THOMAS LLP

Dated: March 2 8, 2011         By: _____

Daniel M. Cislo, Esq.
Kristin B. Kosinski, Esq.

Attorneys for ALACER CORP.

# EXHIBIT 1



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Mar 26 04:05:46 EDT 2011

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

**Logout**   Please logout when you are done to release system resources allocated for you.

**Start**   List At: [＿＿＿]   OR   **Jump**   to record: [＿＿＿]   **Record 4 out of 4**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet* |
|---|---|---|---|---|

*Browser to return to TESS)*

# FEEL THE GOOD

| | |
|---|---|
| **Word Mark** | FEEL THE GOOD |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Beverages, namely, vitamin enriched water. FIRST USE: 20060726. FIRST USE IN COMMERCE: 20070601 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77234828 |
| **Filing Date** | July 20, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 1, 2008 |
| **Registration Number** | 3521887 |
| **Registration Date** | October 21, 2008 |
| **Owner** | (REGISTRANT) Alacer Corporation CORPORATION CALIFORNIA 80 Icon Foothill Ranch CALIFORNIA 92610 |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Attorney of Record** | Daniel M. Cislo |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|

| BOTTOM | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Case 8:11-cv-00482-CJC -PLA   Document 1   Filed 03/28/11   Page 17 of 27   Page ID #:25

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Mar 26 04:05:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 4 out of 4**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# FEEL THE GOOD

| | |
|---|---|
| **Word Mark** | FEEL THE GOOD |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Vitamins, mineral supplements and food supplements. FIRST USE: 20061001. FIRST USE IN COMMERCE: 20061001 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77235199 |
| **Filing Date** | July 20, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 27, 2008 |
| **Registration Number** | 3483518 |
| **Registration Date** | August 12, 2008 |
| **Owner** | (REGISTRANT) Alacer Corporation CORPORATION CALIFORNIA 80 Icon Foothill Ranch CALIFORNIA 92610 |

| | |
|---|---|
| **Attorney of Record** | Daniel M. Cislo |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 2





# FeelGood7™
## taste matters

In a blind taste test 9 out of 10 chose FeelGood Energy for taste and effectiveness over all other leading brands.

FeelGood Energy has all the same great ingredients as the leading brand plus we've added Green Tea extract, one of nature's most powerful antioxidants. In fact, over 1800 scientific studies have found that Green Tea has many more times the antioxidant power than vitamins C and E, broccoli, spinach, carrots or even strawberries!

The best tasting, most effective 2 ounce drinks on the planet!
*taste matters*

Grab a FeelGood Energy and do what makes you FeelGood!

Copyright © 2010 - All Rights Reserved - FeelGood7 LLC - FG7.com



# FeelGood7 ™
## taste matters

Millions of Americans are taking prescription drugs, alcohol and even dangerous chemicals to get the sleep they need; that's why we developed FeelGood Sleep.

Our formula will give you the relaxing sleep your body needs by including melatonin, valerian root and chamomile. Melatonin helps control your sleep and wake cycles and is produced naturally in your pineal gland. Natural melatonin levels slowly drop with age and can be affected by stress as well as those who work the night shift.

A number of studies have shown that valerian root extract can improve sleep quality and reduce insomnia. In fact, valerian root extract is approved by Germany's Commission E for treating sleep disturbances.

The best tasting, most effective 2 ounce drinks on the planet!
*taste matters*

Grab a FeelGood Sleep and do what makes you FeelGood!

Copyright © 2010 - All Rights Reserved - FeelGood7 LLC - FG7.com



UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>ALACER CORP., a California corporation | DEFENDANTS<br>FEELGOOD7 LLC, an Ohio Limited Liability Company, |
|---|---|
| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):<br>Orange County | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):<br>Franklin County |
| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Daniel M. Cislo, Esq., No.125,378; Kristin Kosinski, Esq., No.237,555<br>Cislo & Thomas LLP<br>1333 2nd Street, Suite 500<br>Santa Monica, California 90401    Tel.: (310) 451-0647 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff     ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No        ☐ **MONEY DEMANDED IN COMPLAINT: $** according to proof at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §§ 1114, 1125

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No  ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number:  SACV11-00482

CV-71 (07/05)                                    CIVIL COVER SHEET                                    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑No   ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
    Orange County

List the California County, or State if other than California, in which **EACH** named defendant resides.  (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
    Franklin County

**List the California County,** or  State if other than California, in which **EACH** claim arose.  (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
    Orange County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date  3 - 2 8 - 11

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

## SACV11- 482 CJC (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Daniel M. Cislo
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA 90401-4110
Ph: 310-451-0647 Fx: 310-394-4477

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALACER CORP., a California Corporation

v.

PLAINTIFF(S)

FEELGOOD7 LLC, an Ohio Limited Liability Company

DEFENDANT(S).

CASE NUMBER

SACV11-00482 CJC(PLAx)

**SUMMONS**

TO:   DEFENDANT(S): FeelGood7, LLC

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Daniel M. Cislo_____, whose address is _1333 2nd Street, Suite 500, Santa Monica, CA 90401-4110_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

MAR 2 8 2011

Clerk, U.S. District Court

**JULIE PRADO**     SEAL

Dated: _____

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*