Daniel M. Cislo, Esq., No. 125,378
   *dancislo@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-1211
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Plaintiff,
ALACER CORP.

**JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALACER CORP., a California Corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>FEELGOOD7 LLC., an Ohio Limited Liability Company,<br><br>      Defendant. | Case No. SACV 11-00482 CJC (PLAx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

## JUDGMENT AND PERMANENT INJUNCTION

Having reviewed the Complaint filed herein on March 28, 2011 by Plaintiff Alacer Corp. ("Alacer") against Defendant FeelGood7 LLC ("FeelGood7"), the Default entered by the Court on September 21, 2011, and Alacer's application for entry of default judgment, and finding good cause therefore,

**IT IS HEREBY ADJUDGED THAT**:

1. This Court has subject matter jurisdiction under 15 U.S.C. §1121 AND 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367(a).

2. This Court has personal jurisdiction over FeelGood7 and venue is proper.

3. U.S. Trademark Registration No. 3,521,887 for FEEL THE GOOD used in connection with beverages, namely vitamin enriched water, is valid, enforceable, and owned by Alacer.

4. U.S. Trademark Registration No. 3,483,518 for FEEL THE GOOD used in connection with vitamins, mineral supplements, and food supplements is valid, enforceable, and owned by Alacer.

5. FeelGood7 has infringed Alacer's federally registered trademarks Reg. Nos. 3,521,887 and 3,483,518 (collectively, "FEEL THE GOOD Marks"), in violation of 15 U.S.C. §§ 1114(1) under the Lanham Act;

6. FeelGood7 committed false designation of origin under 15 U.S.C. §1125(a) in connection with Alacer's FEEL THE GOOD Marks.

7. FeelGood7 committed common law trademark infringement in connection with Alacer's FEEL THE GOOD Marks

8. FeelGood7 committed unfair competition in violation of California Business and Professional Code §§17200 and 17203 based upon its acts of trademark infringement and false designation of origin.

9.     FeelGood7 undertook such above acts of unfair competition intentionally and knowingly.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**:

I.     <u>PERMANENT INJUNCTION</u>

The Court hereby enters a Permanent Injunction consisting of the terms set forth below:

FeelGood7 and its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this permanent injunction,

**A.     Shall be permanently enjoined from**:

(1)    Advertising, selling, or offering to sell liquid energy supplements, beverages, vitamin enriched water, vitamins, vitamins and mineral supplements, food supplements, and mineral nutritional supplements that infringe Alacer's registered trademarks, or its formatives, including FeelGood7 or FeelGood[7], that are identical to or substantially similar to the trademarks registered under U.S. Trademark Registration Nos. 3,521,887 and 3,483,518;

(2)    From committing any further acts of trademark infringement, including using the FEEL THE GOOD Marks, or formatives thereof, including FeelGood7 or FeelGood[7], with any type of liquid energy supplements, beverages, vitamin enriched water, vitamins, vitamins and mineral supplements, food supplements, and mineral nutritional supplements; and

## II. ATTORNEYS' FEES

FeelGood7 shall owe Alacer **$21,859.50** for Alacer's reasonable attorneys' fees and costs incurred in connection with this action.

The Court shall retain subject matter jurisdiction over the parties for enforcement for all purposes of this Judgment and Permanent Injunction.

Date: April 2, 2012

Hon. Cormac J. Carney
United States District Judge